IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ROBERT J. WHEELER**, | Case No. 3:14 CV 2689 |
| Plaintiff, | <u>TRIAL ORDER</u> |
| -vs- | MAGISTRATE JUDGE JAMES R. KNEPP II |
| **CSX TRANSPORTATION, INC.**, | |
| Defendant. | |

The previous trial date in this case of September 25, 2017 is vacated. This case is now scheduled for jury trial commencing on **February 27, 2018** at **9:30 a.m.** Counsel may call Chambers (419-213-5570) with questions concerning trial protocol or procedures.

**Witness Disclosure**

1. Counsel shall disclose witnesses to testify at trial **no later than January 26, 2018**. Any witness not disclosed may be prohibited from testifying at trial.

**Stipulation**

2. Counsel shall consult with each other and submit a proposed Joint Statement of the Case (to be read to the jury at the beginning of the trial) which should include a brief statement of the facts, stipulations, and contested issues. The Joint Statement may note any disagreements and offer alternate language as appropriate.

Magistrate Judge James R. Knepp II
United States District Court
Northern District of Ohio
Rev. 04/2011

**Trial Briefs**

3. Complete trial briefs and motions in limine, if any, shall be filed no later than **January 26, 2018**. Parties may oppose any such motions in limine within seven days after they are filed, but the Court will not permit replies. A complete trial brief includes: (a) a statement of the facts; (b) a discussion of the controlling law; (c) a list of proposed witnesses along with a brief description of the subject matter of the testimony of each witness; (d) an index of all proposed exhibits containing a brief description of each exhibit; and (e) a discussion of any evidentiary issues likely to arise at trial.

4. In a jury case, trial briefs shall also include any proposed voir dire questions. The Court will conduct the voir dire examination and may supplement same with brief examination by counsel.

**Jury Instructions**

5. Counsel shall consult with each other and file joint proposed jury instructions **no later than January 26, 2018**, noting those areas where the parties disagree and offering alternate language as appropriate.

**Depositions**

6. Use at trial of videotape deposition is encouraged. The parties are specifically directed to comply with the provisions of Local Rule 32.1. In addition, when videotape depositions will be presented in lieu of live trial testimony, counsel must file with the Court a complete written transcript of the videotape deposition, with objections noted, by **January 26, 2018**. A hard

copy of deposition transcripts to be used for any purpose shall be provided to Chambers as well.

**Exhibits**

7. In addition to submitting exhibits in electronic format (see JERS Order), counsel shall exchange exhibits with each other, and bring to court, one backup hardcopy set of all exhibits for use at trial. Do not file exhibits with the Clerk of Courts. Counsel shall also file a "List of Exhibits" consistent with the JERS CD. See JERS Order and deadline of **two weeks before trial**.

8. Exhibits must be marked before trial with numbers, irrespective of which party is producing the exhibit. No duplicates are allowed. Sequence of numbers is not important.

9. Counsel shall contact the Courtroom Deputy as soon as practicable in the event they intend to utilize electronic presentation of evidence during trial to determine the need for training in the use of courtroom equipment.

10. In the event counsel intends to utilize video technology, such as a Power Point presentation, counsel must provide, both to opposing counsel and to the Court, its presentation on compact disc no later than the time the trial brief is to be filed.

11. If counsel have any special needs regarding demonstrative evidence, *i.e.* video equipment, they must contact the Courtroom Deputy to make arrangements at least **one week prior to trial.**

IT IS SO ORDERED.

                                                        s/James R. Knepp II
                                                   United States Magistrate Judge