IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Robert J. Wheeler,**

    Plaintiff,

    v.

**CSX Transportation, Inc.,**

    Defendant.

Case No. **3:14 CV 2689**

**JUDGMENT ENTRY**

    This action came before this Court for a jury trial. The issues have been tried and the jury has returned its verdict. It is ordered and adjudged that Plaintiff Robert J. Wheeler recover nothing from Defendant CSX Transportation, Inc.

    IT IS SO ORDERED.

     s/ James R. Knepp
    United States Magistrate Judge